## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF                      :

JANETTE CARDONA CUEVAS                :      CASE NO. 07-03000(SEK)

      DEBTORS                       :      CHAPTER 13

- - - - - - - - - - - - - - - - - - - - - - - -

### OPINION AND ORDER

Department of the Treasury (Treasury) filed proof of claim in the amount of $10,000.00, for Debtor's failure to register in the Registry of Merchants/Vendors pursuant to section 2801(a) of P.R.'s Internal Revenue Code. It claimed priority status as per section 507(a)(8) of the Bankruptcy Code. It also asserted the claim is a post petition claim pursuant to 11 U.S.C. § 1305.

Trustee objected, arguing the claim is not entitled to priority treatment because the amount claimed is not a tax, but a penalty; and should be treated as a general unsecured claim.

On March 18, 2008, Treasury filed amended claim number 17-2. The amount claimed in the amendment is cero($0.00).

Thus, the objection filed by Trustee is moot.

SO ORDERED, in San Juan, Puerto Rico, on May   ,2008.

SARA DE JESUS
U.S. Bankruptcy Judge

FILED & ENTERED

2 7 MAY 2008

CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO